### 373. SWAIN *et al. v.* NASWORTHY.

POWELL, J. 1. Upon the trial of a case arising from the filing of a counter-affidavit and replevy bond to the foreclosure of a distress warrant, the defendant can not properly move to dismiss the levy on the ground that it is excessive.

2. The effect of filing the counter-affidavit and bond is to render the process mesne; and the proceeding becomes a suit to recover rent, the distress warrant operating as a declaration and the counter-affidavit as a plea. *Chisholm* v. *Lewis,* 66 *Ga.* 729; *Elam* v. *Hamilton,* 69 *Ga.* 736; *Seifert* v. *Holt,* 80 *Ga.* 757, 9 S. E. 843.

3. The tenant's remedy against an excessive levy, if he has any remedy, is an action in damages for the abuse of the process. *Sturgis* v. *Frost,* 56 *Ga.* 189. *Judgment affirmed.*

Distraint, from city court of Abbeville——Judge Nicholson. February 15, 1907.

Argued June 21,—Decided July 4, 1907.

*E. H. Williams,* for plaintiffs in error.